PEARSON, MJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|   |   |
|---|---|
| THOMAS E. MESLOVICH, ) | CASE NO. 1:09-CV-1407 |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | **JUDGMENT ENTRY** |

    For the reasons set forth in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, the final decision of the Social Security Administration is reversed and the matter is remanded pursuant to the Fourth Sentence of 42 U.S.C. § 405(g), with instructions that, upon remand, the ALJ: (1) conduct a reassessment of Meslovich's residual functional capacity; (2) reconsider and explain whether Meslovich's severe impairment of cervical degenerative disc disease meets or equals a Listed Impairment and; (3) reconsider Meslovich's credibility; and (4) perform the required drug and alcohol abuse analysis, if necessary.

    This case is hereby terminated on the docket of the undersigned.

    IT IS SO ORDERED.

 September 3, 2010                                          s/ *Benita Y. Pearson*
Date                                                                   United States Magistrate Judge

(

(